FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROGER NORMAN CUTCHIE,<br><br>        Defendant. | No. 2:98-CR-00178-SAB-1<br><br>**ORDER DISMISSING INDICTMENT AND QUASHING WARRANT** |

Before the Court is the United States' Motion to Dismiss Indictment and Quash Arrest Warrant, ECF No. 4. The United States is represented by Earl Hicks.

The United States asks the Court to dismiss the Indictment filed the above-captioned case, pursuant to Fed. R. Cr. P.48(a). It also asks the Court to quash the associated warrant.

The Court makes no judgment as to the merit or wisdom of the motion.

//
//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT AND QUASHING WARRANT ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment and Quash Arrest Warrant, ECF No. 4, is **GRANTED**.

2. Pursuant to Fed. R. Cr. P.48(a), the Indictment filed in ECF No. 1, is **DISMISED**, without prejudice.

3. The Arrest Warrant issued on September 9, 1998, is **QUASHED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide a copy to counsel, and **close** the file.

**DATED** this 5th day of May 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT AND QUASHING WARRANT ~ 2**